IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNIVERSITIES SUPERANNUATION SCHEME, LTD., acting as sole corporate trustee of Universities Superannuation Scheme,<br><br>Plaintiff,<br><br>v.<br><br>BP PLC, et al.,<br><br>Defendants. | CASE NO. 4:14-cv-1280<br><br>JURY TRIAL DEMANDED |

## INDEX OF DOCUMENTS BEING FILED WITH NOTICE OF REMOVAL

Civil Cover Sheet

List of Counsel of Record

| Exhibits to the Notice of Removal | Exhibit |
|---|---|
| Plaintiff's Original Petition | A |
| Civil Case Information Sheet | B |
| Harris County Docket Sheet | C |
| Notice of Removal in State Court | D |
| Information Requirements for Exploration Plans and Development Operations Coordination Documents NTL No. 2008-G04, issued April 1, 2008 | E |

HOU:3435553.1